**Susan LUDWIG, Appellant,**

v.

**NORTHWEST AIRLINES, INC., Appellee.**

No. 00–2258.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 14, 2000.

Decided Jan. 5, 2001.

Before LOKEN and MAGILL, Circuit Judges, and BATTEY,[1] District Judge.

PER CURIAM.

Susan Ludwig (Ludwig) appeals the district court's[2] order granting summary judgment in favor of her employer, Northwest Airlines, Inc. (Northwest), in this employment discrimination action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.,* and the Minnesota Human Rights Act, Minn.Stat. § 363. After de novo review, *see Rose–Maston v. NME Hosps., Inc.,* 133 F.3d 1104, 1107 (8th Cir.1998), we conclude the district court's judgment was proper for the reasons stated in its thorough opinion. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota, sitting by designation.

2. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.